UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

IN THE MATTER OF:

**Bonnibelle Soltis**

_____/
  **Debtor(s).**

Case:   09-05173
Chapter 7
Judge: Dales

**CERTIFICATION OF COMPLIANCE WITH
LOCAL BANKRUPTCY RULE 1007-1(1)**

The undersigned certifies that on June 18, 2009 a copy of the debtor's 2007 AND 2008 STATE AND FEDERAL INCOME TAX RETURNS AND PROOF OF INCOME was served upon the following parties electronically:

Marcia R. Meoli Trustee
meoli7@hannpersinger.com

/s/ Jennifer L. Keener
Jennifer L. Keener
Marrs & Terry, PLLC
6553 Jackson Ave.
Ann Arbor, MI 48103
     (734) 663-0555
Jennifer_mn@hotmail.com