**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF MICHIGAN**

**IN THE MATTER OF:**

**Bonnibelle Soltis**                         Case:  09-05173
                                                     Chapter 7
_____/      Judge: Dales
   Debtor(s).

**CERTIFICATE OF SERVICE**

    The undersigned certifies that onJune 18, 2009 a copy of the Debtors BANK STATEMENTS, RECORDED MORTGAGE, RECORDED DEED, SEV STATEMENT, TITLES, 401K STATEMENTS, PROOF OF INSURANCE ON VEHICL ES, AND PROOF OF INSURANCE ON HOME was served upon the following parties electronically::

    Marcia R. Meoli Trustee
    meoli7@hannpersinger.com

                                                /s/ Jennifer L. Keener
                                                 Jennifer L. Keener
                                                 Marrs & Terry, PLLC
                                                 6553 Jackson Ave.
                                                 Ann Arbor, MI 48103
                                                    (734) 663-0555
                                                Jennifer_mnt@hotmail.com